| ■United States Court of Appeals for the Tenth Circuit | RECEIVED<br>U.S. COURT OF APPEALS<br>TENTH CIRCUIT<br>2023 JUN 26 AM 11:06 |
|---|---|
| Address: 1823 Stout Street, Denver, CO 80257 | |
| Plaintiff: David William Dacres Shaver<br>Vs. Defendant(s): Whittier HOA [Whittier Place Condominiums Homeowners Association, Incorporated] | Δ COURT USE ONLY |
| 'Pro Se' Party/Not member of Colorado Bar:<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone: 303-351-4239   eMail:davidshaver@yahoo.com | Case Number:<br><br>**23-1197** |

### Entry of Appearance - Pro Se

I hereby notify the clerk that I am appearing 'Pro Se' as the Appellant in this case. All notices regarding the case should be sent to me at the address above. If my mailing address changes, I intend to promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify:

_ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

X I believe that there are parties who may be 'interested' in this litigation that do not appear in the caption for this appeal, some of which are listed as the 'Permissive Joinder' defendants [in Document #12 : On each of Motions Alpha, Beta, Gamma, Delta (p1, p7, p9, p11)], and in the amended Motion Gamma shown in [Document #19], which documents were filed in the District Court, as well as those board members whose email address was provided by the HOA, with notice of that action having been sent to known email addresses of other condominium complex residents on 4/5/23 also [listed in the following 'Certificate'].

'Appellant' Signature: _/s/David W Shaver(PRO SE)_   Date: _6.21.2023_

Address: _1750 30th St Suite A338, Boulder CO 80301_   Phone: _303-351-4239_

# CERTIFICATE OF SERVICE

☐ All other currently joined parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or:

■ On _____ I sent a copy of this 'Pro Se Entry of Appearance' Form to:_____ Suzanne M. Leff, Attorney, WLPP Law_____, at __8020 Shaffer Parkway, Suite 300, Littleton, CO 80127_____ __[https://www.cohoalaw.com/author/suzanneleff/]_____, the last known address/email address of the latest registered office of Defendant(s), by <u>USPS Mail, and also by eMail to (sleff@wlpplaw.com, and at the prior listed registered office's address ~at the time of the fire: christine@boulderhoa.com, and further to DWS vs Whittier HOA + notifier@x-in-g.com, an eMail list which known residents & board members &lt;encl&gt; were sent an email invite to join if interested in notifications).</u>

_____6.21.2023_____ Date

_____/s/David W Shaver_____ Signature

[Based on A-5 Pro Se Entry of Appearance Form of 12/22]

## CERTIFICATE OF (POTENTIALLY) INTERESTED PARTIES

A. David William Dacres Shaver, Appellant, Boulder County, Colorado

B. Whittier Condominiums Place Homeowners Association (& Attorneys at WLPP Law)

[A Clerk of the 'UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT' indicated I should provide a copy of interested parties who were not in the District docket header]:

### C. Copied From [Document 12] 'Motions For Permissive Joinder ALPHA':

| | |
|---|---|
| Celarte(m)/Extensis Corporation 503-274-2020 : 1500 SW 1st Ave #680, Portland, OR, 97201 Toby Martin "CEO" (Historically Plaintiff negotiated primarily with Craig Barnes, Randy Hill) | MoveWhite (historically MGOVG) 303-292-2900, 1400 16th St., 6th Floor, Denver, Colorado 80202 Ed Naylor (original merger contract author), Charles Luce, {Later: Billy Jones} : "Attorneys" |
| Image X Corporation 925-474-8100: 5990 Stoneridge Dr Pleasanton, CA, 94588 Glen Douglas "Owner, President & Chief Executive Officer" | FedEx / Kinkos Corporation, 901-818-7500, 942 South Shady Grove Road, Memphis, TN, 38120 Clement Edward Klank III "Corporate Vice President Securities/Corporate Law" |
| Oregon DSL 503-986-5200 : 775 Summer St. NE, Suite 100, Salem, OR, 97301 Tobias Read : "Treasurer" | CreativePro.com 312-252-1292 : 14241 NE Woodinville Duvall Rd 285, Woodinville, WA, 98072 : David Blatner : "President" |

Adobe Ventures, Inc : 345 Park Avenue, San Jose, CA, 95110 : Scott Belsky : 'President'
Quark (Software), Inc : 1225 17th Street, Suite 1200 Denver CO, 80202 : Martin Owen : 'CEO'

### D. Copied From [Document 12] 'Motions For Permissive Joinder BETA':

| | |
|---|---|
| Brian A Shaver 'Personal Representative': The Estate of Marvin D Shaver : (970) 690-3845 3839 Precision Dr, Unit B, Ft Collins, CO 80528 | Susan E. Dacres Shaver 'Mother & Ex-Wife of Marvin D Shaver': Family : (720) 425-2539 306 Aspen Lane, Golden, CO 80401 |
| Dawn M Handler 'Trust Officer' and Members Trust Company : (720) 482-2501 501 S. Cherry St., Ste 440, Denver, CO 80246 | John Largent 'President': Members Trust Company : (888) 727-9191 14055 Riveredge Dr, Suite 525, Tampa, FL 33637 |
| Rebecca Schroer 'Partner', Richard G. Kiely 'Attorney': Holland & Hart LLP : (303) 295-8586 555 17th Street, Suite 3200, Denver, CO 80202 | Ephraim Hilliard 'Claim Director, North America Property Claims' : Chubb : (720) 660-1226 2155 W Pinnacle Peak Road, Phoenix, AZ 85027 |

Page 3

**E. Copied From [Document 19] 'Motions For Permissive Joinder GAMMA' {Amended}:**

| | |
|---|---|
| Boulder Police Department 303-441-3333 : 1805 33rd St, Boulder, CO 80301 : Sarah Cantu : "Detective" § and/or Brandon Brisco : "Officer" * | Boulder Colorado Fire & Rescue 303-441-3350 : 1777 Broadway, Boulder, CO 80302 Michael Calderazzo : "Boulder Fire Chief" (cc §) |
| Boulder Municipal Court 303-441-3350 : 1777 Broadway, Boulder, CO 80302 Chris Reynolds : "Boulder City Prosecutor" | Charles Taylor Engineering Tech. Services 303.425.7272 : 5926 McIntyre Street, Golden, CO 80401 Tammy Wainright: 'Operations Support Mgr' |
| Sentry Property Management 407-788-6700 : 2180 W State Rd 434 St 5000, Longwood Fl James Hart : 'Owner' | Bradley Pomp : 'President' | American Family Mutual Insurance Company : (608) 249-2111 : 6000 American Pkwy., Madison, Wisconsin 53783 : William B. Westrate : 'CEO' |

Mollenkopf Property Mgt. LLC : 3445 Castle Peak Ave, Superior, CO : Greg Mollenkopf: 'Reg Agent'

CorVel Corporation : 1180 Iron Point Rd., Suite 300 : Folsom, CA 95630 : Michael Combs : 'CEO'

[Also, Updated in 'Corvel Response' in Exhibit L : Chelsey Alcantara, 'Senior Liability Claims Specialist' of Corvel Corporation, may now be a better representative thereof; Further, Christine Mollenkopf of Boulder HOA / Whittier Billing, etc [Document 20]]

**F. Copied From [Document 12] 'Motions For Permissive Joinder DELTA':**

Tim ? Gill {was: 'Vice President of Research & Development' and Founder, Quark Inc.},

Farhad ('Fred') Ebrahimi {was: 'President', Quark Inc.}

Denver, Colorado

Ralph Gustav Risch {was: 'Manager' of Astrobyte LLC + 'Director' of AEL, etc},

Brian Robert Bucknam {was: 'Manager' of Astrobyte LLC + 'Director' of AEL, etc},

Craig Wallace Barnes {was: 'President' of Extensis Corp.},

Randy Clark Hill {was: 'Vice President' of Extensis Corp.},

Doug Downs {was: 'Chief Financial Officer' of Extensis Corp.},

Lee James {was: 'Director' of Extensis Corp.}

Portland, Oregon

Standish O'Grady {was: 'Director', (via 'Adobe Ventures' & Hambrecht & Quist?) of Extensis Corp.}

Nevada

G. Whittier Condominiums **Residents/Owners and Board Members** (from Whittier HOA's available information on the BoulderHOA.com billing & information site {they did not respond to requests for disclosure of more detailed information}: the ones for which email was provided were notified via email of the original action, and provided the option of signing up for a notifier emailing list): 2301 Pearl 53 LLC & krista trantian, Unit 53; Mike Acimovic, Unit 12; Ferrel Atkins, Unit 57; B&T Pearl Properties LLC, Unit 47; Cynthia Backhaus, Unit 74; Laura Backus, Unit 2, llbackus@gmail.com; Robert Baisley, Unit 5, bmbaisley@msn.com; Barbara Jean Bartels, Unit 72; Susan Berry, Unit 42, sue66berry@gmail.com; Rhonda Block Alstad, Unit 36; Lisah Brown, Unit 17, (303) 442-7892, set2jet@gmail.com; Lisah Brown, Unit 32, (303) 442-7892, set2jet@gmail.com; Lisah Brown, Unit 45, (303) 442-7892, set2jet@gmail.com; Lisah Brown, Unit 29, (303) 442-7892, set2jet@gmail.com; Lisah Brown, Unit 62, (303) 442-7892, set2jet@gmail.com; Evert Brown, Unit 4, (303) 449-4421, evertbrn@comcast.net; Thomas Buswell, Unit 14; Sage Canaday, Unit 10, (971) 241-1769, sage@vo2maxproductions.com; Elizabeth Clark, Unit 18; Carol Croft, Unit 63; Jack W Delbrook, Unit 24, mkfunk07@gmail.com; Daniel H Doherty, Unit 44, dhdoherty33@comcast.net; Margaret Du Bernard, Unit 49, (219) 308-5657, mrdubernard@gmail.com; Diane & Michael Egner, Unit 60, (303) 249-4771, egnerd@gmail.com; mike@egner.com; Dawn L Estelle, Unit 52, (989) 614-1212, dawnlestelle@gmail.com; Nicholas Fitton, Unit 46; Kenneth Garcia, Unit 65; Michael Gartman, Unit 30; Michael Gilbert, Unit 70, (303) 909-8413, MICHAEL.GILBERT@COLORADO.EDU; Lorene & Edward Gordon, Unit 11, (949) 395-4782, melaniengordon@gmail.com; Ryan Gray, Unit 64,

(206) 734-1071, ryan_gray@ymail.com; Kia Tamaki Harrold, Unit 3, (720) 470-0481, kiatamaki@gmail.com; Lucy Mills Hathaway, Unit 78; Harold Hausman, Unit 66; Doug Hodge, Unit 51, (512) 965-0131, doughodge@republiccommercial.com; Kurt Hofgard, Unit 81, (303) 449-0055, 2301no81llc@gmail.com; Theodore Horesh, Unit 54, (720) 422-9070, consciouscoaching@gmail.com; Cassidy Kahn, Unit 16; Gail Kelley, Unit 9 & 79, gskwy@aol.com; gail.kelley.esq@gmail.com; Brian Kemp, Unit 76, (303) 882-6819, bkemp99@yahoo.com; mkemp03@yahoo.com; Jeremy Lampo, Unit 8, (619) 609-4027, jeremylampo@gmail.com; Jeffery Lesser, Unit 59, (720) 272-4035, jefflesser@gmail.com; Elizabeth Leillani Liebert, Unit 35; Elaine Marie Madej, Unit 80; Jeffery Malin, Unit 48, (303) 579-2218, jeff.malin@gmail.com; lydia.perr@gmail.com; Dallas Marshall, Unit 22, (810) 300-2759, marshalld531@yahoo.com; Marvin D Shaver Trust, Unit 39, davidwshaver@yahoo.com; connie.champagne@memberstrust.com; Stanley Mead, Unit 13; Jonathan Lewis Miller, Unit 38; Michael Moran, Unit 43, (720) 839-5163, mike@bouldercorporate.com; Jasmine Munro, Unit 55; Janice M Nickola, Unit 26, tnickola@icloud.com; Charles Nerses Papazian, Unit 31, charlie@papazian.org; John Pauly, Unit 15, (650) 455-0861, pauly@stanford.edu; Anjo Paz & Timothy Wright, Unit 34; Karl Theodore Plinke III, Unit 41; Teera Price, Unit 33; Jody Radtke, Unit 20, jradtke@hutman.net; , Unit 73; , Unit 69; RK Endeavors LLC, Unit 6; RK Endeavors LLC, Unit 21; RK Endeavors LLC, Unit 68; Brian Roberts, Unit 75; Kelly Roney, Unit 40; Gary Rosen, Unit 71; Irene Shafer, Unit 77, ireneshaffer@boulderco.com; Troy Shepherd, Unit 19, navish@aol.com; Wesley Simmons, Unit 25; Mary G Summers, Unit 7; Eran Tari, Unit 61, (303) 817-9614,

eran.tari@gmail.com; sigal.adoot@gmail.com; Charles & Susan & Benjamin Tran, Unit 28, susan.tran08@gmail.com; Niria Troubaugh, Unit 27; David Van Bussem, Unit 58, (303) 888-0036, dvanbussum@metrixpro.com; Jason Volk, Unit 56, (303) 746-7083, jason.volk@mac.com; Alan H Watkins, Unit 37, (720) 626-6579, gettys5@aol.com; Roseann Weldon, Unit 50, roseannweldon@gmail.com; Roderick Travis Wheeler, Unit 23; Eirh Yu Hsie, Unit 67; Jennifer S Ziegler Sr, Unit 1, jensue6@gmail.com; **Board Members & associated:** Alan H Watkins, Board Member, gettys5@aol.com; Jody Radtke, Board Member, jradtke@hutman.net; Justin - Owners Representative, whittierplace@charlestaylor.com; Kyle Rhatigan, Board Member, kyle.rhatigan@gmail.com; Michael Gilbert, Board Member, michael.gilbert@colorado.edu; Teera Price, Board Member, teeraprice@gmail.com;

[For a more accurate list of Section G, and updates thereof, Discovery may have to be obtained from the original Defendant]

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

▪ The above (p3-p7, Sections C-G) individuals and/or entities have not yet been joined as direct parties in this appeal but may have an interest in, or relationship to, the litigation and/or the outcome of the litigation. In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, have been noted.

'Appellant' Signature: _/s/David W Shaver(PRO SE)_     Date: _6.21.2023_

Address: _1750 30th St Suite A338, Boulder CO 80301_     Phone: _303-351-4239_



David A. Slower
1750 30th St Suite A338
Boulder, CO 80301

Tenth Circuit Court of Appeals Clerk
1823 Stout Street
Denver, CO 80257