| ■United States Court of Appeals for the Tenth Circuit | |
|---|---|
| Address: 1823 Stout Street, Denver, CO 80257 | |
| Appellant:       David William Dacres Shaver<br>Vs. Appellee(s):    Whittier HOA [Whittier Place Condominiums Homeowners Association, Incorporated]+ | Δ COURT USE ONLY |
| 'Pro Se' Party/Not member of Colorado Bar:<br>David William Dacres Shaver<br>1750 30th St Suite A338, Boulder CO 80301<br>Phone: 303-351-4239   eMail:davidshaver@yahoo.com | Case Number:<br><br>23-1197 |

## MOTION TO CONSOLIDATE

**WHEREAS** Appellant hereby requests that this Court consolidate the present Appeal with the recently filed <u>Petition for Writ of Mandamus</u>. In support of this Motion, Appellant states as follows:

**A) Background:** Appellant filed a <u>Petition for Writ of Mandamus</u> concerning an irregular 'Jury Summons' in/by the 'United States District Court for the District of Colorado,' the very court from which the present appeal arises. This petition was filed under the current case number. However, despite the petition's clear connection to the ongoing appeal, a new case number was assigned to the petition. When spoken to, ~Clerk 'Jenny' didn't appear to be aware of prior notice in brief.

**B) Prior Notice in Appeal Brief:** The 'Appeal Brief', currently before this Court, already raised the issue of the irregular jury summons in the "Affidavit for Recusal" of the Judge [p.28]. Appellant believes that the assignment of a separate case number for the petition, therefore, creates unnecessary duplication and potential confusion for something that should be a relatively straightforward issue.

**C) Efficiency and Costs:** Treating the petition as a separate proceeding could

Page 1

lead to separate costs for the current appeal and the petition. Consolidating the two cases should promote judicial efficiency, avoid potential duplication of costs, unnecessary filings, and simplify any subsequent appeal processes, including any potential appeals to higher courts which may be necessary.

**D) Offer of Conferral:** Although not required, Appellant offered to confer with Appellee's attorney(s) regarding this motion, or allow them to provide any objection hereto, on 8/21. Appellee's attorney(s) have made no response yet.

**WHEREFORE**, in the interest of justice, efficiency, and cost-effectiveness, Appellant hereby Moves that this Court should, God willing, ideally **Consolidate** the present Appeal with the <u>Petition for Writ of Mandamus</u> [now filed under case# 23-1258], within the current case number, and treat them as a single proceeding.

### CERTIFICATE OF SERVICE

■ I hereby certify that a copy of this 'Motion to Consolidate' has also been served via having been posted by regular mail upon [Suzanne Leff, Attorney, WLPP Law, 8020 Shaffer Parkway, Suite 300, Littleton, CO 80127], as well as being served electronically via eMail upon both Suzanne M. Leff <sleff@wlp-plaw.com> (current 'RegisteredAgent'), and Christine Mollenkopf <christine@boulderhoa.com> : Whittier HOA billing (located at the prior registered agent's address, ~ at the time of the fire), and further emailed to the DWS_vs_Whittier_HOA_+_notifier@x-in-g.com list which has been made available to any residents who express(ed) an interest in subscribing.

'Appellant' Signature: _David W Shaver /s/David W Shaver (PRO SE)_   Date: _8.24.2023_

Address: _1750 30th St Suite A338, Boulder CO 80301_   Phone: _303-351-4239_

DENVER CO 802
24 AUG 2023 PM 3 L

Court Clerk
Case # 23-1197
1823 Stout St.
Denver, CO 80257

David A Shaver
1750 30th St. Suite #338
Boulder, CO 80301