FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 28, 2023

Christopher M. Wolpert
Clerk of Court

_____

DAVID WILLIAM DACRES SHAVER,

    Plaintiff - Appellant,

v.

WHITTIER CONDOMINIUMS HOA,

    Defendant - Appellee.

No. 23-1197
(D.C. No. 1:23-CV-00645-NYW)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on the appellant's Motion to Consolidate (the "Motion"). The appellant seeks to consolidate the above-captioned civil rights appeal, which is at issue, with a newly opened petition for writ of mandamus with preliminary obligations pending (Case No. 23-1258, *In re: Shaver*). Upon consideration, the Motion is denied.

As noted, the appeal captioned above has been fully briefed and submitted to the court for decision. In contrast, the appellant's petition for writ of mandamus was just opened. That one case is nearly at its procedural end and the other at its beginning means there are few – and maybe no – efficiencies for the court to procedurally consolidate the cases.

Moreover, a petition for writ of mandamus is a special proceeding in this court with separate fee obligations and briefing requirements, which are addressed in Federal

Rule of Appellate Procedure 21. The procedures for an appeal and for an "extraordinary" petition for writ of mandamus are not the same and therefore cannot be consolidated in any event.

Lastly, any procedural consolidation of two cases does not remove the obligation on the party seeking review to pay two separate filing fees. Even if the mandamus petition had been filed sooner, the appellant would still have incurred two separate fees for two separate proceedings in this court. In other words, there is no consolidation of filing fees when a party asks the court to issue decisions on two separate matters.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk