IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Civil Action No. 23-1197

DAVID WILLIAM DACRES SHAVER

    Appellant,

v.

WHITTIER HOA [WHITTIER PLACE CONDOMINIUMS HOMEOWNERS ASSOCIATION, INCORPORATED]

    Appellee.

## ENTRY OF APPEARANCE

    Wendy E. Weigler, of Winzenburg, Leff, Purvis & Payne, LLP, hereby enters her appearance on behalf of Appellee, Whittier Place Condominiums Homeowners' Association, Inc. ("Whittier Place"). By appearing in this matter in order to obtain clarification regarding Whittier Place's participation in this appeal, Whittier Place in no way consents to or waives any and all arguments regarding personal and subject matter jurisdiction.

DATED: August 30, 2023.

        *s/ Wendy E. Weigler*

        Wendy E. Weigler
        Winzenburg, Leff, Purvis & Payne, LLP
        *Attorney for Appellee Whittier Place Condominiums Homeowners' Association, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 30, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing was also served to the following via email and U.S. mail:

David William Dacres Shaver

1750 30th St., Suite A338

Boulder, CO 80301

davidshaver@yahoo.com

                                                    *s/ Wendy E. Weigler*

                                                    Wendy E. Weigler