IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Civil Action No. 23-1197

DAVID WILLIAM DACRES SHAVER

    Appellant,

v.

WHITTIER HOA [WHITTIER PLACE CONDOMINIUMS HOMEOWNERS ASSOCIATION, INCORPORATED]

    Appellee.

---

**APPELLEE'S MOTION FOR CLARIFICATION REGARDING APPELLEE'S PARTICIPATION IN THIS APPEAL**

---

Appellee, Whittier Place Condominiums Homeowners' Association, Inc. ("Whittier Place"), through counsel, Winzenburg, Leff, Purvis & Payne, LLP, hereby submits this Motion for Clarification Regarding Appellee's Participation in This Appeal, as follows:

    1.    By appearing in this matter in order to obtain clarification regarding Whittier Place's participation in this appeal, Whittier Place in no way consents to or

waives any and all arguments regarding personal and subject matter jurisdiction.

2. Appellant has appealed the dismissal of United States District Court for the District of Colorado Civil Action No. 23-cv-00645-NYW, *Shaver v. Whittier Condominiums HOA* (the "District Court Case").

3. Whittier Place was never served with the Summons and Complaint in the District Court Case and never entered an appearance in the District Court Case.

4. The District Court Case was dismissed before service was obtained against Whittier Place. No affidavit or proof of service appears in the Record in this appeal.

5. A party who has not been served and has not been brought within the jurisdiction of the Court should not be required to participate in the litigation or subsequent appeals. *Estate of Cummings v. Cmty. Health Sys.*, 881 F.3d 793, 800 (10th Cir. 2018).

6. Illustrative of the inherent unfairness of Whittier Place being required to participate in this appeal is the fact that on or about August 18, 2023, Appellant filed a "Petition for Writ of Mandamus" in this Court, which was assigned Court of Appeals Docket No. 23-1258. Apparently intending that the Petition be filed under this appeal's case number, Appellant is now attempting to consolidate the two cases. Although Whittier Place was never served, Appellant continues to email and mail

copies of all of these various pleadings to counsel for Whittier Place, and point out to the Court that Whittier Place has not responded. Is Whittier Place required or expected to respond?

7.      Because Appellant has filed an Opening Brief, there is a deadline of September 5, 2023 for Appellee's Brief. If this Court does not receive a brief from Whittier Place, the Court may decide to rule in favor of Appellant due to a lack of a response. Since it is fundamentally unfair for a party who has not been served to have to participate in subsequent appellate proceedings, Whittier Place seeks clarification of whether Whittier Place has an obligation to file a responsive brief, despite the lack of service of the District Court Case.

8.       By this Motion, Whittier Place seeks to bring the lack of service and potential lack of jurisdiction to this Court's attention, so that the Court does not inadvertently deem the appeal "confessed" due to the lack of a responsive brief.

9.       If this Court believes that Whittier Place is in fact expected to file a responsive brief, despite the lack of service of the District Court Case before it was dismissed, Whittier Place would respectfully request that this Court grant an extension of an additional thirty-five (35) days for Whittier Place to file a responsive brief.

WHEREFORE, Whittier Place respectfully requests that this Court determine that, due to the lack of service of the District Court Case, neither this Court nor the District Court has jurisdiction over Whittier Place and thus, no responsive brief is expected or due from Whittier Place. Alternatively, if this Court determines that Whittier Place is properly before this Court as the Appellee, Whittier Place respectfully requests an additional thirty-five (35) day extension from the original deadline of September 5, 2023, for Whittier Place to file a responsive brief.

DATED:   August 30, 2023.

*s/ Wendy E. Weigler*

———————————————

Wendy E. Weigler
Winzenburg, Leff, Purvis & Payne, LLP
*Attorney for Appellee Whittier Place Condominiums Homeowners' Association, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 30, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and notification of such filing was also served to the following via email and U.S. mail:

David William Dacres Shaver

1750 30th St., Suite A338

Boulder, CO 80301

davidshaver@yahoo.com

                                              *s/ Wendy E. Weigler*

                                              Wendy E. Weigler