FILED
United States Court of Appeals
Tenth Circuit

August 30, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

DAVID WILLIAM DACRES SHAVER,

    Plaintiff - Appellant,

v.

WHITTIER CONDOMINIUMS HOA,

    Defendant - Appellee.

No. 23-1197
(D.C. No. 1:23-CV-00645-NYW)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on Appellee's Motion for Clarification Regarding Appellee's Participation in This Appeal (the "Motion"). Upon consideration, the Motion is granted, as provided in this order.

No brief is due or expected from the appellee in this case. After the appellant's brief was filed, the court did not enter an order scheduling a response brief. And we have previously advised the parties that this case is at issue and has been submitted to the court for decision. The appellant's election to continue serving the appellee with his submissions to this court does not change the procedural posture of this appeal.

Additionally, unlike federal district court, even if a response brief had been scheduled (which is not what happened in this case), there is no penalty for an appellee that elects not to file a response brief beyond not being able to participate at oral argument unless the court grants leave to do so. Fed. R. App. P. 31(c) ("An appellee who

fails to file a brief will not be heard at oral argument unless the court grants permission."). An appellee may always elect not to participate in an appeal (unless, of course, the court orders an appellee to file a document), which is ordinarily accomplished by filing of a notice of nonparticipation. The court has made no demands on the appellee to participate in this case.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk