FILED
United States Court of Appeals
Tenth Circuit

March 8, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

DAVID WILLIAM DACRES SHAVER,

　Plaintiff - Appellant,

v.

WHITTIER CONDOMINIUMS HOA,

　Defendant - Appellee.

No. 23-1197
(D.C. No. 1:23-CV-00645-NYW)
(D. Colo.)

---

## ORDER

---

Before **HARTZ**, **MATHESON**, and **PHILLIPS**, Circuit Judges.

---

This matter is before the court on the Appellant's "Motion to Stay Mandate Pending the Filing for Writ of Certiorari." The motion is denied.

　　　　　　　　　　　　　　　　　Entered for the Court

　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOLPERT, Clerk